FILED IN MY OFFICE
DISTRICT COURT CLERK
10/27/2015 2:17:15 PM
STEPHEN T. PACHECO
Maureen Naranjo

| SUMMONS | |
|---|---|
| District Court: FIRST JUDICIAL<br>Santa Fe County, New Mexico<br>Court Address:<br>P.O. Box 2268 / 225 Montezuma Ave.<br>Santa Fe, New Mexico  87504 / 87501<br>Court Telephone No.: (505) 455-8250 | Case Number: D-101-CV-2015-02316<br><br>Assigned Judge: Raymond Z. Ortiz |
| Plaintiff(s): IRENE GALLEGOS<br><br>v.<br><br>Defendant(s): CENTRAL DESERT BEHAVIORAL HEALTH HOSPITAL, FUNDAMENTAL CLINICAL AND OPERATIONAL SERVICES, LLC, and DOES 1-10 | Defendant<br>Name: CENTRAL DESERT BEHAVIORAL HEALTH HOSPITAL<br>Address: c/o its Registered Agent, National Corporate Research<br>1012 Marquez Place<br>Suite 106B<br>Santa Fe, New Mexico 87505 |

**TO THE ABOVE NAMED DEFENDANT(S)**:  Take notice that

1. A lawsuit has been filed against you.  A copy of the lawsuit is attached.  The Court issued this Summons.
2. You must respond to this lawsuit in writing.  You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons.  (The date you are considered served with the Summons is determined by Rule 1-004 NMRA)  The Court=s address is listed above.
3. You must file (in person or by mail) your written response with the Court.  When you file your response, you must give or mail a copy to the person who signed the lawsuit.
4. If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.
5. You are entitled to a jury trial in most types of lawsuits.  To ask for a jury trial, you must request one in writing and pay a jury fee.
6. If you need an interpreter, you must ask for one in writing.
7. You may wish to consult a lawyer.  You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at  Santa Fe                , New Mexico, this  27th  day of  October   , 2015  .

STEPHEN T. PACHECO
CLERK OF DISTRICT COURT                  GUEBERT BRUCKNER P.C.

By /s/ Maureen Naranjo
   Deputy

/s/ Jason A. Vigil
Christopher J. DeLara
Jason A. Vigil
Devon P. Moody
P.O. Box 93880

**EXHIBIT A-2**

                        Albuquerque, NM 87199
                        (505) 823-2300 (Telephone)
                        (505) 823-9600 (Facsimile)
                        cdelara@guebertlaw.com
                        jvigil@guebertlaw.com
                        dmoody@guebertlaw.com
                        *Attorneys for Plaintiff*

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

### RETURN[1]

STATE OF _____ )
                               )ss
COUNTY OF_____ )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in _____ county on the _____ day of _____, _____, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]    to the defendant_____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]    to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]    to_____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant_____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at_____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]    to_____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at_____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at_____ (*insert defendant's last known mailing address*).

[ ]    to_____, an agent authorized to receive service of process for defendant_____.

[ ]   to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ]   to _____ (*name of person*), _____, (*title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: _____

_____
Signature of person making service

_____
Title (*if any*)

Subscribed and sworn to before me this _____ day of _____, _____ ²

_____
Judge, notary or other officer
authorized to administer oaths

_____
Official title

F:\Clients\7500.001cf\Pleadings\D-101-CV-2015-02316 Summons - Central Desert.doc/jty

FILED IN MY OFFICE
DISTRICT COURT CLERK
10/27/2015 2:17:15 PM
STEPHEN T. PACHECO
Maureen Naranjo

| SUMMONS | |
|---|---|
| District Court: FIRST JUDICIAL<br>Santa Fe County, New Mexico<br>Court Address:<br>P.O. Box 2268 / 225 Montezuma Ave.<br>Santa Fe, New Mexico   87504 / 87501<br>Court Telephone No.: (505) 455-8250 | Case Number: D-101-CV-2015-02316<br><br>Assigned Judge: Raymond Z. Ortiz |
| Plaintiff(s): IRENE GALLEGOS<br><br>v.<br><br>Defendant(s): CENTRAL DESERT BEHAVIORAL HEALTH HOSPITAL, FUNDAMENTAL CLINICAL AND OPERATIONAL SERVICES, LLC, and DOES 1-10 | Defendant<br>Name: FUNDAMENTAL CLINICAL AND OPERATIONAL SERVICES, LLC<br>Address: c/o its Registered Agent, National Corporate Research<br>1012 Marquez Place<br>Suite 106B<br>Santa Fe, New Mexico 87505 |

**TO THE ABOVE NAMED DEFENDANT(S)**: Take notice that

1. A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.
2. You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Court=s address is listed above.
3. You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.
4. If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.
5. You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.
6. If you need an interpreter, you must ask for one in writing.
7. You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at Santa Fe          , New Mexico, this 27th day of October    , 2015  .

STEPHEN T. PACHECO
CLERK OF DISTRICT COURT                    GUEBERT BRUCKNER P.C.

By /s/ Maureen Naranjo
     Deputy

/s/ Jason A. Vigil
Christopher J. DeLara
Jason A. Vigil
Devon P. Moody
P.O. Box 93880

Albuquerque, NM 87199
(505) 823-2300 (Telephone)
(505) 823-9600 (Facsimile)
cdelara@guebertlaw.com
jvigil@guebertlaw.com
dmoody@guebertlaw.com
*Attorneys for Plaintiff*

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

**RETURN[1]**

STATE OF _____ )
                                )ss
COUNTY OF _____ )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in _____ county on the _____ day of _____, _____, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]    to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]    to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]    to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]    to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[ ]    to _____, an agent authorized to receive service of process for defendant _____.

[ ]   to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ]   to _____ (*name of person*), _____, (*title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: _____

_____
Signature of person making service

_____
Title (*if any*)

Subscribed and sworn to before me this _____ day of _____, _____ ²

_____
Judge, notary or other officer
authorized to administer oaths

_____
Official title

F:\Clients\7500.001cf\Pleadings\D-101-CV-2015-02316 Summons - Fundamental Clinic.doc/jty

FILED IN MY OFFICE
DISTRICT COURT CLERK
10/28/2015 11:42:38 AM
STEPHEN T. PACHECO
Bernadette Hernandez

STATE OF NEW MEXICO
COUNTY OF SANTA FE
FIRST JUDICIAL DISTRICT

D-101-CV-2015-02316

IRENE GALLEGOS,

       Plaintiff,

v.

CENTRAL DESERT BEHAVIORAL HEALTH HOSPITAL,
FUNDAMENTAL CLINICAL AND OPERATIONAL SERVICES, LLC,
and DOES 1-10,

       Defendants.

## ENTRY OF APPEARANCE
## AND NOTICE OF WITHDRAWAL OF ATTORNEY

       COMES NOW Michael P. Jasso, of Guebert Bruckner P.C., and enters his appearance on behalf of the Plaintiff, Irene Gallegos.

       Guebert Bruckner P.C. gives further notice of the withdrawal of Devon P. Moody as attorney for Plaintiff, Irene Gallegos.

       GUEBERT BRUCKNER P.C.

By    /s/ Michael P. Jasso
      Christopher J. DeLara
      Jason A. Vigil
      Michael P. Jasso
      P.O. Box 93880
      Albuquerque, NM 87199-3880
      (505) 823-2300
      *Attorneys for Plaintiff*

F:\Clients\7500.001cf\Pleadings\EOA & Notice.of.Withdrawal.doc/jrg

FILED IN MY OFFICE
DISTRICT COURT CLERK
11/25/2015 8:42:04 AM
STEPHEN T. PACHECO
Victoria Martinez

FILED IN MY OFFICE
DISTRICT COURT CLERK
10/27/2015 2:17:15 PM
STEPHEN T. PACHECO
Maureen Naranjo

# SUMMONS

| District Court: FIRST JUDICIAL<br>Santa Fe County, New Mexico<br>Court Address:<br>P.O. Box 2268 / 225 Montezuma Ave.<br>Santa Fe, New Mexico   87504 / 87501<br>Court Telephone No.: (505) 455-8250 | Case Number: D-101-CV-2015-02316<br><br>Assigned Judge: Raymond Z. Ortiz |
|---|---|
| Plaintiff(s): IRENE GALLEGOS<br><br>v.<br><br>Defendant(s): CENTRAL DESERT BEHAVIORAL HEALTH HOSPITAL, FUNDAMENTAL CLINICAL AND OPERATIONAL SERVICES, LLC, and DOES 1-10 | Defendant<br>Name: FUNDAMENTAL CLINICAL AND OPERATIONAL SERVICES, LLC<br>Address: c/o its Registered Agent, National Corporate Research<br>1012 Marquez Place<br>Suite 106B<br>Santa Fe, New Mexico 87505 |

**TO THE ABOVE NAMED DEFENDANT(S):** Take notice that

1. A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.
2. You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Court=s address is listed above.
3. You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.
4. If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.
5. You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.
6. If you need an interpreter, you must ask for one in writing.
7. You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at Santa Fe                        , New Mexico, this 27th day of October    , 2015   .

STEPHEN T. PACHECO
CLERK OF DISTRICT COURT

GUEBERT BRUCKNER P.C.

By /s/ Maureen Naranjo
       Deputy

/s/ Jason A. Vigil
Christopher J. DeLara
Jason A. Vigil
Devon P. Moody
P.O. Box 93880

Albuquerque, NM 87199
(505) 823-2300 (Telephone)
(505) 823-9600 (Facsimile)
cdelara@guebertlaw.com
jvigil@guebertlaw.com
dmoody@guebertlaw.com
*Attorneys for Plaintiff*

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

**RETURN**[1]

STATE OF _New Mexico_ )
                        )ss
COUNTY OF _Santa Fe_ )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in _Santa Fe_ county on the _16th_ day of _November, 2015_, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ] to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ] to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ] to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ] to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[X] to _Robert G. Placek_, an agent authorized to receive service of process for defendant _Fundamental Clinical and Operational Services, LLC_

[ ]   to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ]   to _____ (*name of person*), _____, (*title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: _____

_____ *(signature)*
Signature of person making service

Laura Head
Title (*if any*)

Subscribed and sworn to before me this 19th day of November, 2015

_____ *(signature)*
Judge, notary or other officer
authorized to administer oaths

**OFFICIAL SEAL**
**Kristina L. Ward**
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 10/27/16

Notary
Official title

F:\Clients\7500.001cf\Pleadings\D-101-CV-2015-02316 Summons - Fundamental Clinic.doc/jty

FILED IN MY OFFICE
DISTRICT COURT CLERK
12/1/2015 11:18:46 AM
STEPHEN T. PACHECO
Veronica Rivera

STATE OF NEW MEXICO
COUNTY OF SANTA FE
FIRST JUDICIAL DISTRICT

D-101-CV-2015-02316

IRENE GALLEGOS,

    Plaintiff,

v.

CENTRAL DESERT BEHAVIORAL HEALTH HOSPITAL,
FUNDAMENTAL CLINICAL AND OPERATIONAL SERVICES, LLC,
and DOES 1-10,

    Defendants.

## ENTRY OF APPEARANCE

COMES NOW David C. Odegard of Guebert Bruckner P.C. and hereby enters his appearance on behalf of the Plaintiff in the above-captioned cause.

                        GUEBERT BRUCKNER P.C.

                        By   /s/ David C. Odegard
                             Christopher J. DeLara
                             David C. Odegard
                             Jason A. Vigil
                             Michael P. Jasso
                             P.O. Box 93880
                             Albuquerque, NM 87199-3880
                             (505) 823-2300
                             *Attorneys for Plaintiff*

F:\Clients\7500.001cf\Pleadings\EOA.add Attorney.2015.12.01.doc/jrg

FILED IN MY OFFICE
DISTRICT COURT CLERK
12/3/2015 8:43:43 AM
STEPHEN T. PACHECO
Maureen Naranjo

FILED IN MY OFFICE
DISTRICT COURT CLERK
10/27/2015 2:17:15 PM
STEPHEN T. PACHECO
Maureen Naranjo

|  | SUMMONS |
|---|---|
| District Court: FIRST JUDICIAL<br>Santa Fe County, New Mexico<br>Court Address:<br>P.O. Box 2268 / 225 Montezuma Ave.<br>Santa Fe, New Mexico   87504 / 87501<br>Court Telephone No.: (505) 455-8250 | Case Number: D-101-CV-2015-02316<br><br>Assigned Judge: Raymond Z. Ortiz |
| Plaintiff(s): IRENE GALLEGOS<br><br>v.<br><br>Defendant(s): CENTRAL DESERT BEHAVIORAL HEALTH HOSPITAL, FUNDAMENTAL CLINICAL AND OPERATIONAL SERVICES, LLC, and DOES 1-10 | Defendant<br>Name: CENTRAL DESERT BEHAVIORAL HEALTH HOSPITAL<br>Address: c/o its Registered Agent, National Corporate Research<br><s>1012 Marquez Place</s>  239 Elm St<br><s>Suite 106B</s>  Albuq. NM 87102<br><s>Santa Fe, New Mexico 87505</s> |

**TO THE ABOVE NAMED DEFENDANT(S):** Take notice that

1. A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.
2. You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Court=s address is listed above.
3. You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.
4. If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.
5. You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.
6. If you need an interpreter, you must ask for one in writing.
7. You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at  Santa Fe                        , New Mexico, this  27th  day of  October   , 2015  .

STEPHEN T. PACHECO
CLERK OF DISTRICT COURT

By *Maureen Naranjo*
      Deputy

GUEBERT BRUCKNER P.C.

/s/ *Jason A. Vigil*
Christopher J. DeLara
Jason A. Vigil
Devon P. Moody
P.O. Box 93880

Albuquerque, NM 87199
(505) 823-2300 (Telephone)
(505) 823-9600 (Facsimile)
cdelara@guebertlaw.com
jvigil@guebertlaw.com
dmoody@guebertlaw.com
*Attorneys for Plaintiff*

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

### RETURN[1]

STATE OF __New Mexico__ )
                        )ss
COUNTY OF __Bernalillo__ )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in __Bernalillo__ county on the __23rd__ day of __Nov.__, __2015__, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]   to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]   to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]   to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]   to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[X]   to __Lawrence Story__, an agent authorized to receive service of process for defendant __Central Desert Behavioral Health Hospital__.

[ ]   to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ]   to _____ (*name of person*), _____, (*title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: _____

_____(signature)_____
Signature of person making service

_____Laura Hoard_____
Title (*if any*)

Subscribed and sworn to before me this 29th day of Nov., 2015

_____(signature)_____
Judge, notary or other officer
authorized to administer oaths

_____Notary_____
Official title

OFFICIAL SEAL
Kristina L. Ward
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 01/29/16

F:\Clients\7500.001cf\Pleadings\D-101-CV-2015-02316 Summons - Central Desert.doc/jty

STATE OF NEW MEXICO
COUNTY OF SANTA FE
FIRST JUDICIAL DISTRICT COURT

IRENE GALLEGOS,

    Plaintiff,

v.                                                                                                  No. D-101-CV-2015-02316

CENTRAL DESERT BEHAVIORAL HEALTH HOSPITAL,
FUNDAMENTAL CLINIC AND OPERATIONAL SERVICES, LLC,
And DOES 1-10,

    Defendants.

## ENTRY OF APPEARANCE

COME NOW, Conklin, Woodcock & Ziegler, P.C. (Robert C. Conklin), and enter their appearance on behalf of Defendants Central Desert Health Center (incorrectly identified and named in the Complaint), and Fundamental Clinical and Operation Services, LLC.

                        Respectfully Submitted,

                        CONKLIN, WOODCOCK, & ZIEGLER, P.C.

        By:   /s/ Robert C. Conklin
                 Robert C. Conklin
                 320 Gold SW, Suite 800
                 Albuquerque, NM   87102
                 Tel. (505) 224-9160
                 Fax (505) 224-9161
                 *Attorneys for Defendants*

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was e-filed and served electronically through the First Judicial District Court's Odyssey File & Serve Electronic System upon counsel of record on this 16th day of December 2015:

Christopher J. DeLara
David C. Odegard
Jason A. Vigil
Michael P. Jasso
GUEBERT BRUCKNER P.C.
P. O. Box 93880
Albuquerque, NM   87199-3880
Tel. (505) 83-2300
cdelara@guebertlaw.com
dodegard@guebertlaw.com
jvigil@guebertlaw.com
mjasso@guebertlaw.com
*Attorneys for Plaintiff*


/s/ Robert C. Conklin
Robert C. Conklin

2