IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

IRENE GALLEGOS,

       Plaintiff,

v.                                                 No. CIV-15-1143 MV/KBM

CENTRAL DESERT BEHAVIORAL HEALTH HOSPITAL
FUNDAMENTAL CLINIC AND OPERATIONAL SERVICES, LLC,

       Defendants.

## ORDER OF REFERENCE

Pursuant to the provisions of 28 U.S.C. §§ 636(b)(1)(A) and Rule 72(a) of the Federal Rules of Civil Procedure, Magistrate Judge Karen B. Molzen is hereby designated to hear and determine Motion for Leave to File First Amended Complaint [Doc. 20].

DATED this 28th day of March, 2016.

_____
MARTHA VAZQUEZ
United States District Judge

1