IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

IRENE GALLEGOS,

    Plaintiff,

v.                                         CIV 15-1143 MV/KBM

CENTRAL DESERT BEHAVIORAL HEALTH
HOSPITAL, FUNDAMENTAL CLINIC AND
OPERATIONAL SERVICES, LLC,
And DOES 1-10,

    Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER comes before the Court on Plaintiff's Motion for Leave to File First Amended Complaint ("Motion to Amend"), filed on March 15, 2016. *Doc. 20.* Pursuant to my referral of this matter to Chief Magistrate Judge Molzen, she entered a Proposed Findings and Recommended Disposition (PF&RD) on May 5, 2016. *Doc. 34.* Having been informed that Defendants will not be filing objections to the PF&RD, the Court will adopt the Magistrate Judge's recommendation that Plaintiff's Motion to Amend be granted and, because the addition of certain non-diverse defendants destroys diversity jurisdiction, the matter will be remanded *sua sponte* to the First Judicial District Court for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE