IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

IRENE GALLEGOS,

    Plaintiff,

v.                                            CIV 15-1143 MV/KBM

CENTRAL DESERT BEHAVIORAL HEALTH
HOSPITAL, FUNDAMENTAL CLINIC AND
OPERATIONAL SERVICES, LLC,
And DOES 1-10,

    Defendants.

## ORDER OF REMAND

    Having entered an Order [Doc. 36] adopting Magistrate Judge's Proposed Findings and Recommend Disposition, which recommended that Plaintiff's Motion to Amend be granted, and Plaintiff having filed an Amended Complaint [Doc. 38], which adds certain non-diverse defendants and thereby destroys diversity jurisdiction,

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this matter be REMANDED to the First Judicial District Court of New Mexico.

_____
UNITED STATES DISTRICT JUDGE