# United States District Court
## District of New Mexico
### Office of the Clerk
### Pete V. Domenici United States Courthouse



**Matthew J. Dykman**
Clerk of Court

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

**Divisional Offices**
106 South Federal Place
Santa Fe, NM 87501
(505) 988-6481
Fax (505) 988-6473

100 North Church Street
Las Cruces, NM  88001
(575) 528-1400
Fax (575) 528-1425

June 22, 2016

First Judicial District Court of New Mexico
225 Montezuma Ave
Santa Fe, NM 87501

Re: Gallegos v. Central Desert Behavioral Health Hospital et al

Civil Case No. CV 15-1143 MV/KBM
NM State Court: CV 15-02316

Dear Clerk of the Court

Please find enclosed a certified copy of the certified Order signed by United States District Judge Martha Vazquez along with certified copies of docket report and the documents filed in our court.

Please acknowledge receipt of these records by returning a copy of this letter to this office.

Sincerely,

Matthew J. Dykman
Clerk of Court
By: _____

Gene G. Rael, Deputy Clerk

I _____ received this information on _____, 2016.

Signed: _____